| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | JENNIFER G. REDMOND (SBN 144790) |
| 2 | KRISTEN A. PALUMBO (SBN 215857) |
| | TODD A. PICKLES (SBN 215629) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| 5 | |
| | AT&T CORP. – LAW DIVISION |
| 6 | HOWARD SPIERER |
| | One AT&T Way |
| 7 | Bedminster, NJ  07921 |
| | Telephone:  908.532-1902 |
| 8 | |
| | Attorneys for Defendants |
| 9 | AT&T CORP. and |
| | MARGARET E. ROMAN |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 15 | | |
| 16 | SDV/ACCI, INC. (SERVICE DISABLED VETERAN/AMERICAN CONSULTING AND COMMODITIES, INC.) dba ACCI, R. GERALD METZ and TONIA METZ, | No. C 02 1529 VRW |
| 17 | | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT** |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | AT&T CORP., MARGARET E. ROMAN and DOES 1-30, Inclusive, | |
| 21 | Defendants. | |

Case No. C 02 1529 VRW

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ENTRY OF
JUDGMENT

SF/21652924.1

1  Defendants AT&T Corp. and Margaret E. Roman (collectively, "Defendants")
2  and Plaintiffs SDV/ACCI, Inc., R. Gerald Metz and Tonia Metz (collectively, "Plaintiffs")
3  submit the following Stipulation and Order regarding SDV/ACCI's Motion for Entry of Final
4  Judgment.

5  **STIPULATION**

6  WHEREAS, on December 9, 2005, Plaintiffs filed a Motion for Entry of Final
7  Judgment [F.R.C.P. 54(b)] ("Plaintiffs' Motion");
8  WHEREAS, a hearing on Plaintiffs' Motion is currently set for February 16,
9  2006;
10  WHEREAS, under Local Rule 7-3, Defendants' opposition to Plaintiffs' Motion
11  is due on January 26, 2006;
12  WHEREAS, the parties have reached a tentative settlement and are currently
13  negotiating the terms of the settlement agreement;
14  WHEREAS, the parties agree that it would not make sense for Defendants to
15  spend time and resources preparing their opposition to Plaintiffs' Motion while the parties are
16  negotiating regarding the terms of the agreement;
17  WHEREAS, on January 20, 2006, Plaintiffs agreed to grant Defendants a five-day
18  extension of time to file an opposition to Plaintiffs' Motion, to give the parties additional time to
19  resolve their differences regarding the terms of the settlement agreement;
20  NOW, THEREFORE, the parties hereby agree and stipulate that:
21  1.  Defendants shall file and serve (by fax) their opposition to Plaintiffs'
22  Motion on January 31, 2006.   **Reply, if any shall be filed and served on February 7, 2006.**
23  / / /
24  / / /
25  / / /
26  / / /

2                                                                  Case No. C 02 1529 VRW
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

SF/21652924.1

1  IT IS SO STIPULATED.

2  BINGHAM MCCUTCHEN, LLP

3

4  DATED: January 23, 2006        By:    /s/ Jennifer G. Redmond
                                         JENNIFER G. REDMOND
5                                        Attorneys for Defendants
                                         AT&T CORP. and MARGARET E. ROMAN
6

7  LAW OFFICES OF PAUL KLEVEN

8

9  DATED: January 23, 2006        By:    /s/ Paul Kleven
                                         PAUL KLEVEN
10                                       Attorneys for Plaintiffs
                                         SDV/ACCI, INC. dba SDV/ACCI, R. GERALD METZ
11                                       and TONIA METZ

12

13  **[PROPOSED] ORDER**

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16

17  DATED: January 26, 2006        By: _____
                                        [Judge Vaughn R. Walker]
18                                      GRANTED
                                        Judge Vaughn R Walker
19  UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

20

21

22

23

24

25

26

3                                                         Case No. C 02 1529 VRW

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

SF/21652924.1