IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
SDV/ACCI, INC, et al,                 No  C  02-1529  VRW

            Plaintiffs,               ORDER

       v

AT&T CORP, et al,

            Defendants.
                                  /
```

    Pursuant to the stipulation of the parties filed on April 5, 2006 (Doc #98), the order of dismissal filed on March 22, 2006 (Doc #95), is VACATED and the case re-opened for the following limited purpose:

    Pursuant to the foregoing stipulation of the parties, plaintiffs' causes of action for breach of contract, breach of implied covenant of good faith and fair dealing, and false light invasion of privacy shall be dismissed with prejudice with all parties bearing their own fees and costs incurred in connection with these claims; and

Pursuant to the court's order on January 28, 2004 (Doc #62), granting defendants summary judgment on plaintiffs' first two causes of action, judgment on these two causes of action shall be entered.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge